ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

**TOM PETRUS & MILLER, LLLC**

RICHARD B. MILLER        3729-0
rmiller@tpm-hawaii.com
Tel #(808) 792-5855
PATRICIA KEHAU WALL      3498-0
kwall@tpm-hawaii.com
Tel #(808)792-5823
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
Telephone No. (808) 792-5800
Fax No. (808) 792-5809

Attorneys for Plaintiff
STATE FARM FIRE & CASUALTY
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RICHELLE M. THOMASON, RICHARD H. THOMASON, FIDELITY MANAGEMENT, INC., THE ASSOCIATION OF APARTMENT OWNERS OF TWIN TOWERS, INC.,<br><br>Defendants. | ) CIVIL NO. CV04-00100 ACK/BMK<br>)<br>) PLAINTIFF STATE FARM FIRE &<br>) CASUALTY COMPANY'S<br>) NOTICE OF WITHDRAWAL OF<br>) PLAINTIFF STATE FARM FIRE &<br>) CASUALTY COMPANY'S<br>) MOTION FOR SUMMARY<br>) JUDGMENT AS TO DEFENDANT<br>) RICHARD H. THOMASON, FILED<br>) NOVEMBER 1, 2004;<br>) CERTIFICATE OF SERVICE<br>)<br>) Hearing Date: February 22, 2005<br>) Time: 9:00 a.m. 9:30 am<br>) Judge: Hon. Alan C. Kay |

Withdrawal of MSJ.wpd

**PLAINTIFF STATE FARM FIRE & CASUALTY COMPANY'S NOTICE OF WITHDRAWAL OF PLAINTIFF STATE FARM FIRE & CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT RICHARD H. THOMASON, FILED NOVEMBER 1, 2004**

Plaintiff STATE FARM FIRE & CASUALTY COMPANY (hereinafter "STATE FARM"), by and through its attorneys, Tom Petrus & Miller, LLLC, hereby withdraws without prejudice its Motion for Summary Judgment as to Defendant Richard H. Thomason, Filed on November 1, 2004 set for hearing on February 22, 2005 at 9:00 a.m. before the Honorable Alan C. Kay. State Farm's Motion for Summary Judgment as to Defendant The Association of Apartment Owners of Twin Towers, Inc. and Motion for Default Judgment as to Defendant Richelle Thomason and Fidelity Management, Inc. remains scheduled for hearing on February 22, 2005.

DATED: Honolulu, Hawaii, FEB 1 0 2005 .

RICHARD B. MILLER
PATRICIA KEHAU WALL
Attorneys for Plaintiff
STATE FARM FIRE & CASUALTY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | ) CIVIL NO. CV04-00100 ACK/BMK ) ) |
| Plaintiff, | ) ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) ) |
| RICHELLE M. THOMASON, RICHARD H. THOMASON, FIDELITY MANAGEMENT, INC., THE ASSOCIATION OF APARTMENT OWNERS OF TWIN TOWERS, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certify that foregoing document will be duly served via **HAND DELIVERY** and/or **U.S. Mail**, to the following persons as indicated below on     FEB 1 0 2005    :

Richard H. Thomason, Esq.
409 Opihikao Place
Honolulu HI 96825

Defendant

CARL SOTO, ESQ.
1717 Mott-Smith Dr., Ste. 2406
Honolulu, Hawaii 96822

Attorney for Defendant
ASSOCIATION OF APARTMENT OWNERS OF
TWIN TOWERS, INC.

DATED: Honolulu, Hawaii, FEB 1 0 2005                    .


_____
RICHARD B. MILLER
PATRICIA KEHAU WALL
Attorneys for Plaintiff
STATE FARM FIRE & CASUALTY
COMPANY