# MINUTES

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/22/05  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00100ACK-BMK |
| CASE NAME: | State Farm Fire & Casualty Company Vs. Richelle M. Thomason, et al. |
| ATTYS FOR PLA: | Richard B. Miller |
| ATTYS FOR DEFT: | Non-Appearance |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | ESR-AG |
| DATE: | 2/22/05 | TIME: | 9:35am-9:37am |

COURT ACTION: EP: Plaintiff State Farm & Casualty Company's Motion for Summary Judgment as to Defendant The Association of Apartment Owners of Twin Towers, Inc. And Motion for Default Judgment as to Defendant's Richelle M. Thomason and Fidelity Management, Inc.-is hereby Granted.

Court to prepare Written Order as to this Motion.

Submitted by Leslie L. Sai, Courtroom Manager

25