# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/05/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00100ACK-BMK |
| CASE NAME: | State Farm Fire and Casualty Co. v. Richelle M. Thomason, et al. |
| ATTYS FOR PLA: | Patricia K. Wall |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 02/05/2007 | TIME: | 9:10 - 9:13 |

COURT ACTION:  EP: Status Conference Re Defendant Richard H. Thomason - a Stipulation for Dismissal is to be submitted this week.  Ms. Wall to contact the parties.

Submitted by Richlyn Young, Courtroom Manager