**TOM PETRUS & MILLER, LLLC**

RICHARD B. MILLER          3729-0
rmiller@tpm-hawaii.com
Tel #(808) 792-5855
PATRICIA KEHAU WALL     3498-0
kwall@tpm-hawaii.com
Tel #(808)792-5823
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
Telephone No. (808) 792-5800
Fax No. (808) 792-5809

Attorneys for Plaintiff
STATE FARM FIRE & CASUALTY
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | CIVIL NO. CV04-00100 ACK/BMK |
| Plaintiff, | STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO RICHARD H. THOMASON |
| vs. | |
| RICHELLE M. THOMASON, RICHARD H. THOMASON, FIDELITY MANAGEMENT, INC., THE ASSOCIATION OF APARTMENT OWNERS OF TWIN TOWERS, INC., | |
| Defendants. | |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO
RICHARD H. THOMASON**

IT IS HEREBY STIPULATED, by and between the parties appearing in this action, through their undersigned counsel that this action is hereby dismissed without prejudice as to all claims against Defendant Richard H. Thomason, pursuant to Rules 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party is to bear his, her or its own costs and attorneys' fees.

This stipulation is signed by all parties who have appeared in this action. Summary Judgment and/or Default Judgment have been entered as to the claims against all Defendants other than Richard H. Thomason, and there are no remaining parties, claims, counterclaims and/or issues.

Dated:  Honolulu, Hawaii, _____ FEB 0 8 2007 _____ .

_____
RICHARD B. MILLER
PATRICIA KEHAU WALL
Attorneys for Plaintiff
STATE FARM FIRE & CASUALTY
COMPANY

Dated:  Fernandina Beach, Florida, _____ .

_____
CARL D. SOTO
Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF TWIN TOWERS,
INC.

2

Dated:  Honolulu, Hawaii, _____.

_____
RICHARD H. THOMASON
Defendant Pro Se

APPROVED AND SO ORDERED:

_____
Judge of the Above-Entitled Court

State Farm Fire & Casualty Company vs. Richelle M. Thomason, et al.; Civil No.
CV04-00100 ACK/BMK; STIPULATION FOR DISMISSAL WITHOUT
PARTIES AS TO RICHARD H. THOMASON