IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHELLE M. THOMASON, RICHARD H. THOMASON, FIDELITY MANAGEMENT, INC., THE ASSOCIATION OF APARTMENT OWNERS OF TWIN TOWERS, INC.,<br><br>        Defendants. | Civ. No. 04-00100 ACK-BMK |

### ORDER DISMISSING CLAIMS AGAINST RICHARD H. THOMASON WITHOUT PREJUDICE

On February 22, 2005, this Court issued an order granting Plaintiff's motion for summary judgment as to defendant the Association of Apartment of Twin Towers, Inc., and granting motion for default judgment as to defendants Richelle M. Thomason and Fidelity Management, Inc.  Pursuant to that order, the only remaining claims in this action are Plaintiff's claims against Richard H. Thomason.  From the date of that order until the Court held a status conference almost two years later, on February 5, 2007, there was no docket activity in this action.

Plaintiff's attorneys have represented that they have been unable to reach Mr. Thomason's attorney to discuss a

stipulation for dismissal of the claims against Mr. Thomason. On February 8, 2007, all parties who have appeared in this action, <u>except</u> Mr. Thomason, submitted a Stipulation for Dismissal Without Prejudice as to Richard H. Thomason.

Based on the foregoing and pursuant to Federal Rule of Civil Procedure 41(a)(2), this Court finds that it is just and proper to dismiss without prejudice all claims against defendant Richard H. Thomason.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 20, 2007.

_____
Alan C. Kay
Sr. United States District Judge