AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF HAWAII _____

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY<br><br>Plaintiff(s),<br><br>V.<br><br>RICHELLE M. THOMASON, RICHARD H. THOMASON, FIDELITY MANAGEMENT, INC., THE ASSOCIATION OF APARTMENT OWNERS OF TWIN TOWERS, INC.<br><br>Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 04-00100 ACK-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>February 26, 2007<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Summary Judgment is granted in favor of Plaintiff State Farm Fire & Casualty Company and against Defendant Association of Apartment Owners of Twin Towers, Inc.; Default Judgment is entered against Defendants Richelle M. Thomason and Fidelity Management, Inc., all pursuant to the "Order Granting Plaintiff's Motion For Summary Judgment As To Defendant The Association Of Apartment Owners of Twin Towers, Inc. And Granting Motion For Default Judgment As To Defendants Richelle M. Thomason and Fidelity Management, Inc." filed on February 22, 2005. IT IS FURTHER ORDERED that Defendant Richard H. Thomason is dismissed pursuant to the "Order Dismissing Claims Against Richard H. Thomason Without Prejudice" filed on February 20, 2007.

| | |
|---|---|
| February 26, 2007 | SUE BEITIA |
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |